AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

**FILED**

OCT 0 3 2018

Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hector Santoyo, a.k.a. "Guero" | ) | Case No. |
| | ) | 4:18MJ389 |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 2017 to the present____ in the county of ____Collin____ in the
____Eastern____ District of ____Texas____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to possess with the intent to manufacture and distribute methamphetamine |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Mark Brown HSI

☐ Continued on the attached sheet.

_Complainant's signature_

Special Agent Mark Brown HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ____10/03/2018  9:30am____

_Judge's signature_

City and state:          Sherman, Texas

Christine A. Nowak, U.S. Magistrate Judge
_Printed name and title_